# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

Case No. CV 18-10062-CJC-AGR                                    Date: February 21, 2019

Title: <u>DEVINDRA SOMADHI V. CITY OF LOS ANGELES, ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Gabriela Garcia</u> | <u>     N/A     </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION FOR IMPROPER REMOVAL**

     Pro se Plaintiff Devindra Somadhi filed this civil rights action in Los Angeles County Superior Court on February 3, 2017. (Dkt. 1 [Complaint].) Before securing counsel, Plaintiff attempted to remove the case to this Court over a year later. (*See id*.) Plaintiff then, erroneously believing the case had been remanded to state court, proceeded with her action in state court. (*See* Dkt. 13 at 2 [noting that a status conference is scheduled before the state court on March 4, 2019].) As Plaintiff's counsel acknowledges, Plaintiff cannot remove her case to federal court. *See* 28 U.S.C. § 1446(b). Defendants' counsel has not made an appearance in this case and has operated under the belief that the proceeding had remained in state court. (*See* Dkt. 13 at 3.) Given that Plaintiff's removal was improper and the parties both intended for the case to be remanded to state court, the Court hereby **DIMISSES** the action.

dn

MINUTES FORM 11
CIVIL-GEN                                                                                   Initials of Deputy Clerk GGA